# UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF VIRGINIA – RICHMOND DIVISION

RICHMOND DIVISION
FILED
FEB 11 2026
FILED
CLERK
U.S. BANKRUPTCY COURT

IN RE:

DANIEL MARC LOFARO
Inmate No. 81170-510
Mailing: c/o I. Xing, P.O. Box 255
Springfield, VA 22150

Debtor, Pro Se

Chapter 7
Case No. [To be assigned]

VOLUNTARY PETITION UNDER CHAPTER 7

1. Debtor Name: Daniel Marc Lofaro
2. SSN (last four digits): XXX-XX-4007
3. Incarcerated: Yes – Inmate 81170–510
4. Address for mailing purposes:
   c/o I. Xing
   P.O. Box 255
   Springfield, VA 22150
5. Nature of Debts: Primarily consumer and tort-related
6. Prior Bankruptcy Cases: None
7. Estimated Liabilities: Approx. $4.2M (pending tort claims)
8. Assets: Nominal personal property (< $1,000), no real estate
9. Exemptions: Federal (11 U.S.C. § 522(d))

SCHEDULE E/F – UNSECURED CLAIMS

Martina Menn and M.M. (minor) – alleged tort judgment/claim: $4,000,000
Misc. Credit Cards – approx. $6,000
Total unsecured claims: ~$4,200,000

STATEMENT OF FINANCIAL AFFAIRS

No real estate
No current income
Litigation pending: M.M. v. Lofaro, 3:25-cv-00083 (E.D. Va.)

DECLARATION

I declare under penalty of perjury the information in this petition is true and correct.
Signed:

Daniel Marc Lofaro
c/o
I. Xing, PO Box 255, Springfield, VA 22150

Date: 1/25/2026