# UNITED STATES BANKRUPTCY COURT

# EASTERN DISTRICT OF VIRGINIA – RICHMOND DIVISION

RICHMOND DIVISION
FILED
FEB 11 2026
CLERK
U.S. BANKRUPTCY COURT
FILED

IN RE:

DANIEL MARC LOFARO
Inmate No. 81170-510
Mailing: c/o I. Xing, P.O. Box 255
Springfield, VA 22150

Debtor, Pro Se

Chapter 7
Case No. [To be assigned]

DANIEL MARC LOFARO, Plaintiff/Debtor

v.

MARTINA MENN, individually
and as next friend of M.M., a minor, Defendants

---

## COMPLAINT TO DETERMINE DISCHARGEABILITY AND TO ENJOIN ENFORCEMENT (11 U.S.C. §§ 523 & 362)

---

## I. JURISDICTION AND VENUE

1. This is an adversary proceeding under Fed. R. Bankr. P. 7001(6) and 7001(2).
2. The Court has jurisdiction under 28 U.S.C. §§ 157 and 1334.
3. Venue is proper under 28 U.S.C. § 1409(a).

## II. PARTIES

4. Plaintiff is the Chapter 7 Debtor.
5. Defendants are civil plaintiffs in M.M., a minor, et al. v. Daniel Lofaro, Case No. 3:25-cv-00083 (E.D. Va.).

## III. BACKGROUND

6. Defendants allege tort-based civil claims in federal court based on events that allegedly occurred pre-petition.
7. Plaintiff disputes liability and has filed motions to dismiss and abatement pleadings.
8. Plaintiff has also submitted a legally valid Accepted for Value (AFV) tender, under 31 U.S.C. § 5103 and Va. Code § 8.3A-603, which discharges or offsets the obligation if refused.

## IV. CLAIMS FOR RELIEF

### Count 1 – Declaratory Relief (Dischargeability of Debt)

9. Plaintiff asserts that any debts alleged in the pending civil action are dischargeable under 11 U.S.C. § 523(a), as:

   No final judgment exists;
   No willful or malicious injury has been judicially determined;
   No fraud or false pretenses have been proven in court.

### Count 2 – Enforcement of the Automatic Stay (11 U.S.C. § 362)

10. Defendants' ongoing prosecution of M.M. v. Lofaro post-petition constitutes a violation of the automatic stay.

11. This Court must enjoin further action or require lifting of the stay to proceed.

Count 3 – Recognition of AFV Discharge

12. The AFV constitutes legal tender and discharge by operation of law.
13. Defendants' refusal extinguished the obligation under Va. Code § 8.3A-603(a) and the Restatement (Second) of Contracts § 278.

## V. PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully requests:

A. A declaration that all claims by Defendants are dischargeable;
B. An injunction barring further prosecution of M.M. v. Lofaro unless relief from stay is obtained;
C. Recognition that Plaintiff's AFV constituted lawful discharge of any debt or liability;
D. Sanctions, fees, and any other relief this Court deems just.

Respectfully submitted,
Daniel Marc Lofaro [81170-510]
c/o I. Xing, PO Box 255
Springfield, VA 22150
Debtor, Pro Se

Sworn per 28 U.S.C. § 1746
DECLARATION

I declare under penalty of perjury the information in this petition is true and correct.
Signed:

Daniel Marc Lofaro
c/o
I. Xing, PO Box 255, Springfield, VA 22150

Date: 1/29/2026