Daniel Marc Lofaro [81170-510]
FCI Otisville
P.O. Box 1000
Otisville, NY 10963

Clerk of the Bankruptcy Court, Charri S. Stewart
200 South Washington Street
Alexandria, VA 22314

FILED
MAIL ROOM

2026 MAR 20 AM 11:56

CLERK
US BANKRUPTCY COURT
ALEXANDRIA DIVISION

RE: Virginia Bankruptcy (Alexandria) Case No.: 26-10307
    Request to contact FCI Otisville to inform them of the upcoming
    341 Meeting's date/time. [Per BOP request/policy]

Clerk of the Bankruptcy Court Charri S. Stewart,


This is Daniel Marc Lofaro [BOP Reg. No.: 81170-510]. February 2026
I started a pro se bankruptcy case in Alexandria Division Case No.:
26-10307. I am currently incarcerated in the BOP at FCI Otisville.
We have a 341 Meeting, via Zoom, on 02 April 2026 at 1200.

In order for me to participate I need the "Court" to contact and
coordinate with FCI Otisville to get them to facilitate participation
in the 341 Meeting at the scheduled time. I have been told that this
is normally done via the "Court" contacting my BOP "Counselor," Mr.
Castrati, at FCI Otisville.

Can you please contact my "Counselor," Mr. Castrati, and coordinate
the Zoom Meeting at FCI Otisville. His Contact Information is as
follows:

Mr. Castrati
FCI Otisville
P.O. Box 600
Otisville, NY 10963
Phone: (845) 386-6700

Mr. Castrati recommends calling him at the number above, asking for
him and saying this is in reference to a Court Hearing. They will
patch you directly to    him.

Thank you for your help. Your efforts are very much appreciated.


v/r,

_____ 16 March 2026
Daniel Marc Lofaro, pro se


P.S.
Please send any reply to this message to the address listed above
and/or the P.O. Box listed on my Bankruptcy Paperwork.

Case 26-10307-KHK   Doc 33   Filed 03/20/26   Entered 03/20/26 12:12:28   Desc Main
Document   Page 2 of 2

Daniel Marc LoFaro [81170-510]
CI Otisville
P.O. Box 1000
Otisville, NY 10963

CERTIFIED MAIL

9589 0710 5270 2730 7728 96

Retail



UNITED STATES
POSTAL SERVICE®

22314

RDC 99

U.S. POSTAGE PAID
FCM LG ENV
OTISVILLE, NY 10963
MAR 17, 2026

$0.00

S2325S500584-1



Clerk of the Bankruptcy Court
Charri S. Stewart
200 South Washington St.

Alexandria, VA   22314