**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | |
|---|---|
| In re: | ) |
| | ) |
| Daniel Marc Lofaro | )    Case No. 26-10307-KHK |
| | )    Chapter 7 |
| Debtor. | ) |
| | ) |

**ORDER ALLOWING CASE TO PROCEED WITHOUT CREDIT COUNSELING**

This case was before the Court on March 17, 2026 for a hearing on the Clerk's deficiency notice (Docket No. 7).  The Debtor did not appear due to incarceration.

It appearing to the Court that good cause exists to do so, and for the reasons stated on the record, it is hereby

**ORDERED:**

1.    The credit counseling certificate requirement is WAIVED pursuant to section 109(h) of the Bankruptcy Code.

2.    The Clerk shall mail copies of this Order, or provide electronic notice of its entry, to the parties listed below.

Date: Mar 20 2026

Alexandria, Virginia

/s/ Klinette H Kindred

The Honorable Klinette H. Kindred
United States Bankruptcy Judge

Entered On Docket:  Mar 20 2026

**Mailed copies to:**

Daniel Marc Lofaro
PO Box 6205
McKinney, TX 75071
*Pro Se Chapter 7 Debtor*

**Electronic copies to:**

Donald F. King
*Chapter 7 Trustee*

Matthew W. Cheney
*Office of the U.S. Trustee - Region 4*