Daniel Marc Lofaro [81170-510]
FCI Otisville
P.O. Box 1000
Otisville, NY 10963

2026 APR -6 PM 2:06

Clerk of the Bankruptcy Court, Charri S. Stewart
200 South Washington Street
Alexandria, VA 22314

RE: Notice of acceptance of 11 USCS 341(d) per 11 USCS 341(e)

Clerk of the Bankruptcy Court Charri S. Stewart,
This is Daniel Marc Lofaro appearing pro se as the Debter in the
U.S. Bankruptcy Case in the Eastern District of Virginia (Alexandria)
Case Number: 26-10307-KHK. As the Court and the Trustte are aware,
I am having difficulty getting FCI Otisville to allow me to attend
the 341 meeting/hearing without the Court and/or the Trustee directly
reaching out to them. The notifications of this issue were sent out
to the Trustee and the Court on or about March 13th and March 16th
2026 respectively with the USPS tracking numbers:

  - USPS Tracking to Trustee: 9589 0710 5270 1820 1966 28
  - USPS Tracking to Court  : 9589 0710 5270 2730 7728 96

As the Court has stated, yes they [FCI Otisville] has been notified
of the 341 meeting/hearing because posting the meeting/hearing
information on PACER is adequate. However, FCI Otisville's representive
for "court matters", Mr. Castrati, continues to not accept that.

I am doing everything I can to be able to attend the 341 meeting/hearing
FCI Otisville continues to block my access to the courts. To alieviate
the situation please accept the following sworn statement persuant
to 11 USCS 341(e) and request the United States trustee to not convey
a meeting of creditors, instead accept the following statement
as it denotes the required acceptance of 11 USCS 341(d) prior to
the commencement of the case.

NOTICE OF ACCEPTANCE

The following is pursuiant to 11 USCS 341(e) and 11 USCS 341(d):

I have head and understand the "effects of discharge" as stated in
11 USCS 524, as well as other related titles and sections specifically:

  1) I am aware of the potential consequences of seeking a discharge
     in bankruptcy, including the effect on credit history.

  2) I am aware of my ability to file a petition under a different

chapter of this title.

3) I am aware of the effects of receiving a discharge of debts under this title.

4) I am aware of the effects of reaffirming a debt, including 11 USCS 524(d).

I affirm under penelty of purgery that the above statement is true and correct to the best of my knowledge under 1746(1).

_____ March 27th, 2026
Daniel Marc Lofaro, Pro se

---

I am doing by best to attend the 341 meeting/hearing. I do not wish to further delay matters thus I request:

a) Accept the NOTICE OF ACCEPTANCE as stated above.

b) Request the U.S. trustee to not require or convey a meeting of creditors as the NOTICE OF ACCEPTANCE covers all required questions/items in 341(a).

c) Continue this case without delay as if the 341(a) meeting of creditors has been successfully completed and all requirements fufilled.

Thank you again for your time and help.

This letters has been sent to:

- Donald F. King, 1775 Wiehle Ave., Suite 400, Reston, VA 20190
- Charri S. Stewart (Clerk), 200 South Washington St. Alexandria, VA 22314

Final Request: If the NOTICE OF ACCEPTANCE can not be accepted in leu of the 341(a) meeting of the creditors, please call FCI Otisville to ensure I can attend the 341 meeting/hearing.

v/r,

_____ March 27th, 2026
Daniel Marc Lofaro, Pro se